UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LON WOODBURY, as Personal Representative of THE ESTATE OF MELANIE WOODBURY for the benefit of the estate and for the benefit of D.S.B., a minor,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KIA MOTORS CORP., and KIA MOTORS AMERICA INC.,<br><br>　　　　Defendants. | No. CV-05-0370-FVS<br><br>ORDER OF DISMISSAL |

　　The parties having stipulated to dismissal of the above-entitled matter with prejudice,

　　**IT IS HEREBY ORDERED** that, pursuant to the Stipulation For Order of Dismissal filed by the parties, **Ct. Rec. 16**, and Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE.**

　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

　　**DATED** this  27th  day of April, 2007.

　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL- 1